[No. 14527-8-II.    Division Two.    December 14, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. GREGORY
JOHN FRANKS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-00266-9, E. Albert Morrison, J., entered
December 3, 1990. *Reversed* by unpublished opinion per
Worswick, J. Pro Tem., concurred in by Petrich, C.J., and
Johnson, J. Pro Tem.


[No. 11683-2-III.    Division Three.    December 15, 1992.]

DUANE L. HAMILTON, *Appellant*, v. SANDVIK SPECIAL
METALS CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton
County, No. 90-2-00910-3, Fred R. Staples, J., entered June
21, 1991. *Affirmed* by unpublished opinion per Thompson,
J., concurred in by Shields, C.J., and Munson, J.


[No. 11724-3-III.    Division Three.    December 15, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. VITEO
MARCONI, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-8-00394-3, Michael E. Donohue, J.,
entered July 12, 1991. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Thompson, JJ.